IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

OAKLEY GRAIN, INC.
BRUCE OAKLEY, INC.                                                      PLAINTIFFS

V.                              CASE NO.: 4:17-CV-717-KGB

GARY SHUMATE;
G2 TERRA FIRMA, LLC;
JEROME PRIBIL;
LARRY J. PRIBILL a/k/a JEROME PRIBILL;
JP LIVESTOCK, INC.;
JOHN DOES;
FARM CREDIT SERVICES OF AMERICA; and
JIMMY DON WEINMILLER, JR.                                               DEFENDANTS

## ORDER

On the 13th day of March, 2019, Gary Shumate and G2 Terra Firma, LLC (collectively referred to herein as "G2 Terra Firma") appeared by and through their attorneys, Todd Wooten and Gary Rogers, and Larry J. Pribill a/k/a Jerome Pribill and JP Livestock, Inc. (collectively referred to herein as "Pribill") appeared by and through their attorney, Robert Abney, for a settlement conference before United States Magistrate Judge Joe Volpe. As a result of said settlement conference, the parties reached the following settlement agreement:

1.  Pribill waives their claim to the interpleaded funds.

2.  The Court directs the Clerk to pay G2 Terra Firma, LLC and Gary Shumate the remaining funds ($30,241.11) deposited with the Court.

3.  Pribill shall pay G2 Terra Firma and Gary Shumate the sum of $5,327.50 (amount paid to Oakley Plaintiffs for attorneys fees and court costs). Said amount shall be paid to G2 Terra Firma and Gary Shumate within twenty (20) days of entry of this Order. Pribill shall not be required to pay any further costs or attorneys fees to any of the defendants in this case.

1

4.  The Court retains jurisdiction of this matter for sixty (60) days after entry of this Order.

So ordered this 25 day of ~~March~~ April, 2019.

_____
Kristine G. Baker
United States District Judge

Prepared by:

*Attorney for Separate Defendants,*
*Gary Shumate and G2 Terra Firma LLC*

Dover Dixon Horne PLLC
425 West Capitol Avenue, Suite 3700
Little Rock, Arkansas 72201
Telephone: (501) 375-9151
Email: twooten@ddh.law

By: _____
TODD WOOTEN (ABN 94034)
GARY ROGERS (ABN 82139)
CARL F. "TREY" COOPER, III (ABN 2007294)

Approved By:

*Attorney for Separate Defendants,*
*Jerome Pribil, Larry J. Pribil a/k/a*
*Jerome Pribil, and JP Livestock*

ROBERT ABNEY, P.A.
P.O. Box 246
Des Arc, AR 72040-0246
Telephone (870) 256-4183
Email: Abneylaw4183@gmail.com

By: _____
ROBERT M. ABNEY (ABN 80001)

2